■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH H. SMITH, Appellant. [993 NYS2d 522]—Appeal from a judgment of the County Court of Washington County (McKeighan,

J.), rendered November 16, 2012, convicting defendant upon his plea of guilty of the crimes of criminal sale of a controlled substance in the third degree (two counts) and criminal possession of a controlled substance in the third degree (two counts).

Judgment affirmed. No opinion.

Peters, P.J., Stein, Rose, Lynch and Clark, JJ., concur. Ordered that the judgment is affirmed.